```
                                          IT IS HEREBY ADJUDGED
                                          and DECREED this is SO
                                          ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: March 10, 2011

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-30886

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David Wong and Cacey S. Wong<br>        Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF2<br><br>        Movant,<br>    vs.<br><br>David Wong and Cacey S. Wong, Debtors;<br>Maureen Gaughan, Trustee.<br><br>        Respondents. | No. 2:10-bk-35032-SSC<br><br>Chapter 7<br><br>ORDER<br><br>RE: Real Property Located at<br>6960 S. Saint Ruben Ave<br>Gilbert, AZ 85298 |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 21, 2006 and recorded in the office of

the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF2 is the current beneficiary and David Wong and Cacey S. Wong have an interest in, further described as:

> Lot 74, Seville Parcel 18B, according to Book 584 of Maps, page 30, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.